**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-1280**

─────────────

JEROME GARCIA,

        Plaintiff - Appellant,

    v.

DONNA STROM,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Sherri A. Lydon, District Judge.  (3:21-cv-01715-SAL)

─────────────

Submitted:  May 18, 2023                               Decided:  May 23, 2023

─────────────

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jerome Garcia, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Garcia appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Garcia's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment.  *Garcia v. Strom*, No. 3:21-cv-01715-SAL (D.S.C. Feb. 17, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*